IN UNITED STATES DISTRICT COURT
FOR WESTERN DISTRICT OF TEXAS
WACO DIVISION

**FILED**
November 14, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____SM_____
DEPUTY

Jon Mark Johnson
#95087380
FCZ BASTRUP

V

- Affiant, Kenneth R. McRae Jr.
- Temple Police Department (TPD)
- City of Temple Texas

(TPD)                City of Temple
204 E Ave A          P.O. Box 207
Temple Texas 76501   Temple Texas 76503
(254) 298-5500       (254) 298-5674

Complaint:

Case Number:
**6:22-cv-1199**

Petition the court for lawsuit for Civil/Criminal misconduct of a local police officer and Law enforcement actions. Against Affiant, (TPD) and City of Temple. who/whom acted by wrongful act and conduct, as their own/Sole Magistrate and violated Jon Mark Johnson and family civil and constitutional rights to due process of law in how they portrayed unlawful Act/Acts and how they illegally Obtained, Authored, Aquired, used a false instruments, in the way they issued and executed any and all local, County, State and Federal warrants in their exclusive evidence and seizures in Case #17007443 aquired, absorbed, Transferred by some means, Used by FBI Agent, FBI and United States at a later date in Federal case W-17-158M and W-17-CR 268 ADA.

① This is not a prisoner civil rights complaint against a Jail, Prison or guard.
② Complaint is about how physical evidence was unlawfully and illegally obtained by Affiant, (TPD) and City of Temple. PRIOR TO THEM RELEASING. Transferring any and all items Seized by them and their evidence to FBI Agent, FBI and finally to United States at a later date.
③ Petition the court by 1st admendment rights to address greivance
④ 6th admendment rights: To a Speedy Trial and Public Hearings against Affiant, (TPD) and City of Temple. To have assistance of counsel to assist in speedy Trial and Filings against them, and by an impartial Jury Trial.
⑤ 5th admendment rights: Not to be a witness to one self.
⑥ 7th admendment rights: protection of Suits of common law and not denied equal protection under the law.
⑦ by all USCS §1983 and 42 USCS §1983 and Freedom of information Act.
⑧ Affiant, (TPD) City of Temple acted as their own/Sole Magistrate and violated Jon mark Johnson and family civil and constitutional rights in how they authored, wrote, portrayed, aquired, and in the way they issued and executed any and all local State, County and Federal warrants before Transferring any and all item Seized, obsorbed and used by FBI Agent, FBI and United States in federal case at a later date.

⑨ Federal Judge Alan Albright used evidence Authored, obtained exclusively by (TPD) and used by FBI Agent, FBI and United States To increase Suggested PSI sentencing recommendation from 78 to 97 months to an upward variance/ Departure to 180 months. Evidence/seizure done exclusively by local police Department (TPD) prior to ever contacting FBI Agent, FBI and or United States. No other agency actually helped (TPD) in actual search or Seizure of any items seized. (TPD) exclusive local police seizure.

⑩ Federal Judge Alan Albright had and used his Federal Jurisdiction to sentence Jon Mark Johnson with (TPD) exclusive evidence and search, search/seizure warrants and pertaining documents, done exclusively by a local police department. Done exclusively by (TPD) until given to, transferred, aquired by FBI Agent/FBI and finally to United States at a later date. Federal case evidence done exclusively by (TPD) local police.

⑪ Affiant, (TPD) and city of Temple did not lawfully, not legally request, receive, Issue or execute any Issued or Executed Application for Search warrants, any Search warrants, any Search/seizure warrants or any Inventory sheets listing any and All items seized or any local, County, State of federal warrants from any impartial Judicial body. None of their warrants went thru a court or Authenticated to Actually be signed by or from any State of Texas Magistrate Judge, Any Texas State Judge of Court of Record, any Federal Magistrate Judge or any Federal Judge. NO official warrant seizure records exist from any Judicial Judges Records "LACK of Records" to even be a federal case.

⑫ Affiant, (TPD) and city of Temple acted as their exclusive own/sole magistrate and by passed whole local, County, State and Federal Jurisdiction process with their exclusively Authored, worded warrants and documents. They forced a case of evidence. Arrested the evidence to be forced into a federal case of evidence and violated Jon Mark Johnson and family civil and constitution rights to and fun due process of law. Affiant, (TPD) and city of Temple acted in a purposeful and Flagrant Act. (Fruit of the Poisonous Tree).

⑬ Just because their is an appearance to be the existance of multiple (more than one) (several) (TPD) Application for Search warrants, Search warrants, Search/Seizure warrants and pertaining documents from (TPD) exclusive case and seizure. Does not prove that warrants and documents are real, genuine or Authentic documents. Such documents are not Self-Authenticating documents.

2

authorization, as a Court ORDER that authorizes warrants, documents too and by Police requires more than just Authorship and a Judges Signature, search/seizure warrants and pertaining documents too and by Police requires more than just Authorship and a Judges Signature

(15) Judge issued/executed Search, Search/Seizure, Any warrants and pertaining documents all have specific requirements, guidelines and Court orders they both must follow.

## Relief Sought

(16) Jon MARK Johnson Relief Sought: Request written production of all Affiant, (TPD) and City of Temple records, Court Records for all of (TPD) local, County, State and Federal warrants, Application for Search warrants, Search warrants, Search/Seizure warrants and all documents of all inventory items seized by (TPD) as well as all Court ordered Judge issued and executed warrants in or by (TPD) in their exclusive Seizure and case #17007943, Court ordered. There must be a magistrate Judges official copy somewhere, Copy/copies do not appear to exist.

) Jon MARK Johnson Relief Sought: Request written Production of all (TPD) officers names, Detectives names as well as badge numbers of all persons involved with (TPD) Crime Scene Unit, Crime Investigation Unit and Evidence Unit involved in case, Since 100% of stated physical evidence came directly from local Police Seizure by (TPD) in their exclusive case. Local Police prior to becoming a Federal case as a later date.

) Jon MARK Johnson Relief Sought: Request written Production of all (TPD) Warrants, warrant log enteries, (TPD) log book enteries, memo enteries and all written evidence enteries in case, (TPD) must have on e warrant records, Texas E-File warrant records, Something in (TPD) files in how all items seized was transfered in and out from their custody (Chain of Custody of all items seized).

3

(19) Jon Mark Johnson states relief sought; He reserves the right for production and interview, talk to any and all officers, Detectives, Affiant, anyone from (TPD) Crime Scene Unit, Crime Investigation Unit and Evidence Unit involved in case.

(20) Jon Mark Johnson states relief sought; He reserves the right for request for monetary damages, compensatory damages, punitive damages and exemplary damages from Affiant, (TPD) and Temple Police department and city of Temple Texas.

(21) Jon Mark Johnson states relief sought; Written production of all discovery entitled, "Full chain of custody" of all items seized, how stored, transfered in and out of (TPD) custody, custody logs, Evidence seizure logs and who/whom actually determined evidence seized by (TPD), Affiant, City of Temple was unlawful and actually looked at evidence and determined it to be only a federal case and not a local, county or state case? Who contacted the FBI Agent/FBI and United States. There must be some records.

(22) Evidence obtained in a federal search pursuant to search warrant issued by a State Court (not a Court of Record) under state law, is not inadmissible in federal prosecution United States V Hanson 469 F 2nd 1375 (5th Cir 1972)

(23) US v Dozul 173 F 3d 787 (10th Cir 1999) State searches must conform to federal constitution requirements whether or not are federal in nature.

(24) (32 ED 2nd 970) warrant neutral-magistrate; Supreme Court has indicated that law enforcement and police officers does not qualify as a neutral detached magistrate who may issue warrants.

(25) Thomas V Roach 165 F 3d 137 (2nd Cir) A municipality is subject to liability for damage under §1983 for constitutional acts of employees

4

26) Hughes v Johnson 191 F 3d 607 (5th cir 1999) a defendants rights to due process is violated when upon request for exculpatory evidence, government conceals evidence that is both favorable to the defendant and material to the defendants guilt or punishment.

27) US v miller 263 F 3d 1 (2nd cir 2001) Due process requires a convicted person not to be sentenced on materially untrue assumptions and misinformation.

28) US v Hanktow 432 F 3d 779 (7th cir 2005) a defendant has the due process right to be sentenced on the basis of accurate information.

29) Procunier v martinez 416 U S 96 40 Led 2nd 224, 94 Sct 1800 (1974)
    Bell v Wolfish 441 US 520, 60 Led 2nd 447, 99 Sct 1800 (1979)
    Brown v NY 33 F 3d 951 (8th cir 1994)

A prisoner is not stripped of constitutional rights (protections) at the prison gate, but rather retains all the rights of an ordinary citizen except those expressly or by nessary implications taken from him by law.

30)
## Jury Demand

Jon mark Johnson demands Trial by Jury on each and every one of claims presented to court.

## Prayer

A) For Copensatory damages as determined by the Tier of facts to adequetly Compensate Jon mark Johnson and Family for injuries described in this complaint.

B) For Punitive and exemplary damages as determined by Tier of Facts to punish each defendant against they are awarded and to deter future similar by the defendant.

(C) For a notification that's Pending

(D) Affiant, (TPD) and City of Temple must produce all documents in question, If was Court ordered one would think their would be a magistrate or Judges offical Judicial Record. Not Just an police officer Authored filing, Not the same.

## EXHIBITS ENCLOSED

EXHIBIT #1 (2 pg) — Family attempt to get copy of (TPD) warrants documents, VIA online website. Request #21-510 (TPD), City of Temple response "AFTER A diligent search from staff, we have concluded there to be no documents responsive to your request.

EXHIBIT #2 (1 pg) — Family attempt to get copy of (TPD) warrants documents, more detailed request by mail to (TPD) and city of Temple.

EXHIBIT #3 (1 pg) — Response back to exhibit #2 on City of Temple Letterhead from Public Records Administrator once again "AFTER a diligent search from Staff, we have concluded there to be no documents responsive to your request.

EXHIBIT #4 (1 pg) — Temple Police Department Case card #17007943

EXHIBIT #5 (1 pg) — Letter from City of Temple City Secretary, public Records Administor. To Jon Mark Johnson.

All facts presented in this complaint and attachments thereto are true and correct

Signed this day 9th of November, 2022

Jon Mark Johnson
#95087380
/s/ Jon Mark Johnson

6

# Request #21-510
☑ CLOSED
As of March 3, 2021, 3:25pm

## Details

Warrant/s executed for 4001 Robin Hood, Temple, Tx, 76502 & 3323 Thornton Lane, Apt I-3, Temple, Texas 76502 during the month of October 2017

*Received*
February 27, 2021 via web

*Departments*

*Requester*
Carol Johnson

## Documents

(none)

## Staff

*Point of Contact*
Sonia Alexander

## Timeline

**Request Closed**                                                                 Public
After a diligent search from staff, we have concluded there to be no documents responsive to your request.
March 3, 2021, 2:15pm

EXHIBIT #1

Request Opened
Request received via web
February 27, 2021, 6:44pm

EXHIBIT #1

8-29-2021

21-510

City of Temple

PO Box 207

Temple, Texas 76503



RECEIVED SEP - 2 2021

I, Carol Johnson, request in writing by the Texas Public Information Act, ch 552 (formerly open records act) copies of all Affidavits for Warrant, Issued Warrants, Executed Warrants and Return of Warrants from, to or transferred to any Court in Texas done exclusively by Temple Police Department Case #17007943 for Jon Mark Johnson and property at 4001 Robinhood Drive Temple, Texas, 76502 and 3323 Thornton Lane, Apt I-3, Temple, Texas, 76502.

Requesting these documents directly from City of Temple and Temple Police Department.

Thanks,

*Carol Johnson*

---

Carol Johnson

440 Independence Partway, Apt. 2210

Plano, Texas 75075

EXHIBIT #2

2 of 3



September 7, 2021

#21-510

Carol Johnson
440 Independence Partway
Apt. 2210
Plano, Texas 75075

Ms. Johnson:

We received the attached request on 9/2/21. After doing some research we located a duplicate request (#21-510) that was submitted thru our online portal on 2/27/21 by you.

As stated in that request on 3/3/21- *After a diligent search from staff, we have concluded there to be no documents responsive to your request.*

For future requests please submit them online at the link below

https://cityoftempletx.nextrequest.com/requests/new

Thanks,

*Sonia Alexander*

Sonia Alexander
Public Records Administrator
salexander@templetx.gov

****Providing an email address when submitting a request will help prevent delays by allowing the electronic release of responsive documents.****

P.O. BOX 207 • TEMPLE, TEXAS  76503 • (254) 298-5674 • FAX (254) 298-5711

EXHIBIT #3

Temple Police Department
www.ci.temple.tx.us

Officer: Johnson  Badge: 404
Case # 17070413  Date: 4.5.14

☒ (Non-emergency) 298-5500  ☐ (Records) 298-5575
☐ (Investigations) 298-5510  ☐ (Traffic) 298-5886

EXHIBIT #4



LACY BORGESON
CITY SECRETARY

January 9, 2020

#20-63

Jon Mark Johnson
FCI Bastrop
USM #95087380
P.O. Box 1010
Bastrop, TX 78602

Mr. Johnson:

Our office has received your request for information Pursuant to Texas Government Code Section 552.028(a)(1), the City does not accept or comply with requests for information from an individual who is imprisoned or confined in a correctional facility.

Thanks,

*Sonia Alexander*

Sonia Alexander
Public Records Administrator
salexander@templetx.gov.

Exhibit #5

P.O. BOX 207 • TEMPLE, TEXAS  76503 • (254) 298-5700 • FAX (254) 298-5637
lborgeson@templetx.gov

Cover Letter

From: FCI Bastrop
Jon MARK Johnson
#95087350
P.O. Box 1010
Bastrop TX 78602-1010

To: Clerk US District Court
Western District of Texas
800 Franklin Ave room 350
Waco TX 76701

\* <u>Additional Copy enclosed</u>: Request Copy to be date-stamped and mailed back and returned to me as proof of receiving filing.

Complaint against Affiant, Kenneth R. McRAE Jr., Temple Police Department and City of Temple Texas

Affiant, Kenneth R. McRAE Jr.
Temple Police Department
209 E Ave A
Temple Texas 76501
(254) 298-5500

City of Temple Texas
P.O. Box 207
Temple Texas 76503
(254)-298-5674

Complete details of complaint enclosed as follows,
(6) pages of Complaint text enclosed
(5) EXHIBITS ENCLOSED, Total of (six) more pages

Jon MARK Johnson
#95087380

11-09-2022

Oral Corrections Institute
Mark Johnson
087.380
P. Box 1010
Station TX 78602-1010

RECEIVED
NOV 14 2022
CLERK, U.S DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____ DEPUTY CLERK

Clerk U.S. District Court
Western District of Texas
800 Franklin Ave Room 380
Waco TX 76701

Austin PDC TX 78710
WED 09 NOV 2022 PM